# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Silva | 19385 | 5/8/97 | Affirmed |
| Harbert v. Pooku Stables, Inc. | 19933 | 5/14/97 | Vacated and Remanded |
| Turnbull v. Turnbull | 16551 | 5/15/97 | Dismissed |
| Valdez v. State Farm Mut. Auto. Ins. Co. | 17604 | 5/15/97 | Affirmed |
| State v. Mason | 19475 | 5/15/97 | Remanded and Affirmed |
| Dahlen v. General Motors Corp. | 18884 | 5/19/97 | Dismissed and Remanded |
| GECC Financial Corp. v. Worobe | 17882 | 5/20/97 | Vacated and Remanded |
| State v. Namauu | 19848 | 5/23/97 | Affirmed |
| State v. Pa | 19089 | 5/27/97 | Affirmed |
| Macabio v. TIG Ins. Co. | 19359 | 5/29/97 | Affirmed |
| Ana Koa Corp. v. Boskoff | 17319 | 5/30/97 | Vacated and Remanded in part, Affirmed in part |